# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHENTILL BEARD,
Appellant,
vs.
PRESTON P. REZAEE, ESQ.; AND THE FIRM, P.C.,
Respondents.

No. 79810

FILED

NOV 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal in an arbitration action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court reveals a jurisdictional defect. Appellant's notice of appeal does not specify what order or judgment is being appealed, but identifies February 6, 2018, as the date the judgment or order being appealed was entered. However, a review of the district court's docket entries reveals no order or judgment having been entered on that date. Because appellant has not identified an appealable judgment or order, we lack jurisdiction to entertain this appeal. NRAP 3A(b). We therefore order this appeal dismissed.

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1] In light of this disposition, appellant's October 31, 2019, application to proceed in forma pauperis is denied as moot.

19-47070

cc: Hon. Joanna Kishner, District Judge
Chentill Beard
Law Office of David Sampson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A